FILED
CLERK, U.S. DISTRICT COURT
11/6/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

(closed)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RODRIGUEZ-ORNELAS,<br><br>Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:17-cv-08933-MAA<br><br>**AMENDED JUDGMENT** |

In accordance with the Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed on October 29, 2018,

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: Nov. 6, 2018

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE